MIRIAM H. MAYS, Respondent, v. ALEXIS T. MAYS, Appellant.— In an action for divorce, order granting plaintiff's motion for alimony and counsel fees on the appeal from the judgment reversed on the law and the facts and motion denied. In our opinion, the plaintiff has shown no prospect of success on her appeal, and should not, therefore, be allowed alimony and counsel fees. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

EDWARD P. MORSE, JR., Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Appeal from an order denying plaintiff's motion to vacate and set aside the stay of execution granted by an order entered June 13, 1935, as modified by an order of this court dated July 12, 1935, unless defendant file an undertaking or furnish additional security. Order affirmed, without costs, and without prejudice to a renewal of the application in the event of undue delay in the prosecution of this appeal. Young, Hagarty, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ROSENZWEIG, Appellant.— Judgment convicting the defendant of the crime of extortion unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.